**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 25-CR-149 |
| : | |
| LINWOOD BARNHILL, : | |
| : | |
| Defendant. : | |

**UNOPPOSED MOTION TO CONTINUE**
**SENTENCING HEARING**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this Unopposed Motion to Continue the Sentencing Hearing in the above-captioned matter from December 12, 2025, to December 19, 2025 (or another date amenable to the Court). In support thereof, the government states as follows:

1. On September 17, 2025, the defendant pled guilty to one count of Sex Trafficking of Children in violation of 18 U.S.C. § 1591(a)(1), (b)(2). A sentencing hearing is scheduled for December 12, 2025, at 1:00pm.

2. Undersigned counsel overlooked her unavailability on that date. However, both the government and the defense are available on December 19, 2025, if that date is amenable to the Court. The defense does not oppose continuing the sentencing hearing to this date.

Wherefore, the government respectfully requests that the Court continue the sentencing hearing in this matter to December 19, 2025, or a date thereafter that is convenient to the Court.

1

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   */s/ Caroline Burrell*
    Caroline Burrell
    CA Bar 283687
    Assistant United States Attorney
    United States Attorney's Office
    601 D Street, N.W.
    Washington, DC 20530
    Phone: (202) 815-8613

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **CRIMINAL NO.   25-CR-149** |
| : | |
| **LINWOOD BARNHILL,** : | |
| : | |
| **Defendant.** : | |

## ORDER

This matter having come before the Court pursuant to the government's unopposed motion to continue, it is therefore

ORDERED that the sentencing hearing scheduled for December 12, 2025, be continued to _____, 2025.

It Is So Ordered.

_____
JIA M. COBB
United States District Judge

Entered: _____