NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

*CORRECTED NOTICE*

UNITED STATES OF AMERICA

vs.                                    Criminal Number  25-cr-149

Linwood Barnhill
(Defendant)

TO:  ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

[■] CJA    [ ] RETAINED    [ ] FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Steven Kiersh #323329
*(Attorney & Bar ID Number)*

Steven R. Kiersh
*(Firm Name)*

5335 Wisconsin Avenue NW Suite 440
*(Street Address)*

Washington DC                                    20015
*(City)           (State)           (Zip)*

(202) 997-1125
*(Telephone Number)*